Exhibit-A

## Special Learning Needs Referral Form

Instructor: __Lewis__   Date: __10/8/18__

Student Referred (Name & Number): __R Brown__

Class: __PGED 073024__

Teacher (Signature): _____

Please indicate the reason(s) this student is being referred by placing an ( X ) in the box:

| REFERRAL REASON | |
|---|---|
| Student exhibits Reading Deficit. | ✓ |
| Student exhibits Math Deficit. | X  →AJL |
| Student exhibits Language Arts/Writing Deficit. | X |
| Student exhibits Handwriting Deficit. | |
| Student exhibits Attention Deficit Problem. | X |
| Student has a Physical Disability. | |
| Student exhibits Behavior Problems. | X |

Please elaborate on the DEFICIT(s) or PROBLEM(s) that you checked:

I/M Brown frequently mentions that he learns best when he is one on one setting, close to his teachers. This tells me that he probably was struggling with learning disabilities in public schools. He shows a good deal of effort but doesn't retain information well.

Please submit this form to the SPECIAL NEEDS COORDINATOR _____

Date received: _____   Date Reviewed: _____

Action Taken or Recommended: _____

Signature of Coordinator: _____