DIVISION ONE

COMMONWEALTH OF KENTUCKY            PLAINTIFF

v.           **JUDGMENT OF CONVICTION**

ROMAN L. BROWN, JR.           DEFENDANT

\* \* \* \*

SSN: XXX-XX-9859
DOB: 09-04-91

This case came before the Court on September 18, 2013 for imposition of final sentencing. Present for the Commonwealth was Assistant Commonwealth's Attorney Mark Baker. Present for the defendant was attorney Matt Farra. The defendant was present in person. This proceeding was reported by digital recording no. 30-01-13-VR-166.

On May 28, 2013, the defendant having appeared in open Court with his attorney, by agreement with the attorney for the Commonwealth, withdrew his/her plea of not guilty and entered a plea of guilty to the amended charges:

- **CRIMINAL ATTEMPT MURDER AMENDED TO WANTON ENDANGERMENT IN THE FIRST DEGREE**

- **ASSAULT IN THE FIRST DEGREE – DISMISSED**

And the Court having found the plea to be voluntary, and having accepted the plea; and,

The Court having ordered a pre-sentence report, and the Court having informed the Defendant and his/her counsel of the factual contents and conclusions contained in said report, and having granted the Defendant the right to controvert the factual contents of the report, and,

The Court given due consideration to the pre-sentence report, and to the nature and circumstances of the crime, and to the history, character and condition of the Defendant, the Court is of the opinion that probation should be denied for the following reasons:

A.  there is a substantial risk that the Defendant will commit another crime during any period of probation or conditional discharge.

B.  the Defendant is in the need of correctional treatment that can be provided most effectively by the Defendant's commitment to a correctional institute.

C.  probation or conditional discharge would unduly depreciate the seriousness of the Defendant's crime.

The Court inquired of the Defendant and his counsel whether they had any legal cause to show why judgment should not be pronounced, and afforded the Defendant and his counsel the opportunity to make statements in the Defendant's behalf and to present any information in mitigation of punishment.

No sufficient cause having been shown why judgment should not be pronounced, IT IS HEREBY ORDERED AND ADJUDGED by the Court that the Defendant is guilty of the offense(s) admitted, and is sentenced to imprisonment as follows:

COUNT 1:   WANTON ENDANGERMENT IN THE FIRST DEGREE
           CLASS D FELONY
           SENTENCE: 1 YEAR

For a total of ONE (1) year to serve, to run consecutively with sentence imposed in 12CR-1113 for a total of THREE (3) years to serve.

Defendant shall pay court costs of $130.00.

It is further ORDERED AND ADJUDGED that the Defendant be remanded to the Jefferson County Jail, and that the Sheriff of Jefferson County shall deliver the Defendant to the Department of Corrections, at his earliest convenience, at such location within this state as the Department shall designate for the purpose of the Defendant serving the sentence imposed upon him hereunder.

Probation and Parole shall recalculate defendant's in-custody credit.

Any bail previously posted shall be released to surety.



BARRY WILLETT
JEFFERSON CIRCUIT COURT JUDGE

Date Signed: 9.26.13

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK
SEP 27 2013
DEPUTY CLERK

c:  Mark Baker
    Matt Farra
    Probation and Parole
    Louisville Metro Corrections
    Roederer Correctional Complex

3